

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00200-CR

---

IN RE KEVIN DALE SHEFFIELD, RELATOR

---

ORIGINAL PROCEEDING

---

May 23, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Relator Kevin Dale Sheffield seeks a writ of mandamus ordering respondent, the Honorable William C. Bosworth, Jr., Judge of the 413th District Court of Johnson County, to vacate a judgment manifesting Sheffield's conviction in Cause Number DC-F201900865.  We deny the application for want of jurisdiction.

An appellate court has limited authority to issue writs of mandamus.  One limitation concerns the trial judge at whom it may direct such a writ.  The jurist must preside over a court located within the appellate court's district.  *See* TEX. GOV. CODE ANN. § 22.221(b)(1) (stating that "[e]ach court of appeals for a court of appeals district may issue all writs of mandamus . . . against . . . a judge of a district, statutory county, statutory probate county,

or county court in the court of appeals district"). The judge against whom relief is sought at bar presides over a district court located in Johnson County, Texas. The latter county is not one of the 46 within the appellate district of the Seventh Court of Appeals. Thus, the Seventh Court of Appeals lacks jurisdiction to entertain Sheffield's petition, and we dismiss it for that reason.

It is so ordered.

Brian Quinn
Chief Justice

Do not publish.